JACQUELYNE M. NGUYEN, Bar No. 249658                    JS-6
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 Santa Ana Avenue Suite "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: Jackie@jacquelynenguyenlaw.com
Attorney for: PLAINTIFF


                    UNITED STATES DISTRICT COURT

                  CENTRAL DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,          No. CV 12-10463-DMG(JEMx)

                Plaintiff,

        vs.                        CONSENT JUDGMENT [10]

ISAC V. MEZA AKA ISAC MEZA,

                Defendant


        Pursuant to the stipulation of the parties, Judgment is
hereby entered in favor of Plaintiff, UNITED STATES OF
AMERICA, against Defendant, Isac V. Meza aka Isac Meza, in
the principal amount of $4,026.91 plus interest accrued to
December 3, 2012, in the sum of $7,707.12; with interest
accruing thereafter at $0.92 per day until entry of
judgment, for a total amount of $<u>11,734.03</u>.


DATED:  February 4, 2013      _____
                                        DOLLY M. GEE
                              United States District Judge